**Order entered May 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00575-CV

**FELIPE CARDONA, Appellant**

**V.**

**SIMMONS ESTATE HOMES I, LP, ET AL., Appellees**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-05101-F**

## ORDER

By separate motions, appellant requests an extension of time to file a reply brief to each of the two appellees' brief that have been filed in this appeal. We **GRANT** the May 19, 2015 motions to the extent we **ORDER** appellant to file, no later than June 8, 2015 a single brief addressing the arguments in the two appellees' briefs and complying with the length limitations in rule 9 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.4(i)(2)(C).


/s/    CRAIG STODDART
JUSTICE